IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON BRADFORD GLOVER, #193482 | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0058-CG-M ) |
| CYNTHIA WHITE, et al., | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants Cynthia White, Walter Meyers, Timothy Iliff, and Shawn Geohagan, and against Plaintiff Jason Bradford Glover on all claims.

**DONE and ORDERED** this 14th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE